UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10045-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUDEL ARMADA, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on the defendant **Yudel Armada's** Motion for Reduction of Bond (DE 31), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. Based on the evidence presented at the bond hearing, the undersigned would have granted a request for pretrial detention. The undersigned does not believe that a bond lower than $100,000 corporate surety would secure the defendant's appearance at trial.

DONE AND ORDERED at Fort Lauderdale, Florida, this 7th day of November, 2007.

                                          LURANA S. SNOW
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

SAUSA Don Brown (MIA)
Martin Beguiristain, Esq.