```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                     CASE NO. 07-10045-CR-KING
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.

YUDEL ARMADA, et al.,

      Defendants.

_____

## **O R D E R**

THIS CAUSE is before the Court on the defendant **Yudel Armada's** Motion for Modification of Bond (DE 36), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of December, 2007.

                                              _/s/ Lurana S. Snow_
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

SAUSA Don Brown (MIA)
Martin Beguiristain, Esq.